CRIMINAL DEFENSE ASSOCIATES
ALAN BAUM, ESQ.
Cal. State Bar No. 42160
20700 Ventura Blvd., Suite 301
Woodland Hills, California 91364

Telephone: (818) 313-6800

Attorney for Defendant
JILLIAN L. BENNETT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR. 2:01 cr00114-01 WBS |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| JILLIAN L. BENNETT, ) | |
| Defendant. ) | Date: June 15, 2005 |
| ) | Time: 9:00 a.m. |
| ) | Hon. William B. Shubb |

Plaintiff, Unites States of America, by and through Assistant U.S. Attorney, Dan Linhardt, and defendant, Jillian L. Bennett, by and through her counsel, Alan Baum, AGREED AND STIPULATE to continue the Sentencing Hearing set for June 15, 2005 to August 3, 2005.

A continuance is necessary due to a calendar conflict. Based on the foregoing and by stipulation, the parties jointly request that the court re-schedule the Sentencing Hearing.

DATED: June 8, 2005                                              /s/  Alan Baum
                                                                 Alan Baum, Attorney for Defendant

|   |   |
|---|---|
|   | McGregor W. Scott<br>United States Attorney |
| DATED: June 8, 2005 |     /s/   Dan Linhardt<br>Dan Linhardt<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

DATED:  June 9, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE