UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

JILLIAN L. BENNETT,

        Defendant.

CR. NO. S-01-0114 WBS

ORDER TO SHOW CAUSE
RE: CONTEMPT

----oo0oo----

        On August 3, 2005, this court ordered defendant to present herself at the FCI Dublin on September 19, 2005 at 2:00 p.m.  The court is informed that she failed to do so.

        Defendant is hereby ORDERED TO APPEAR in this court on Wednesday, SEPTEMBER 21, 2005 at 9:00 a.m. to show cause why she should not be held in contempt for violating this court's previous order.

DATED:  September 19, 2005

                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE