1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9                         ----oo0oo----

10   UNITED STATES OF AMERICA,
                                   NO. CR. S-01-0114 WBS
11          Plaintiff,
        v.
12
     JILLIAN LOUISE BENNETT,
13                                 RELATED CASE ORDER
            Defendant.
14   _____/

15   UNITED STATES OF AMERICA,
                                   NO. CR. S-05-394 MCE
16          Plaintiff,
        v.
17
18   JILLIAN LOUISE BENNETT,

19          Defendant.
     _____/
20

21                        ----oo0oo----

22          Examination of the above-entitled actions reveals that

23   these actions are related within the meaning of Local Rule 83-

24   123, E.D. Cal. (1997).  Both cases involve the same defendant,

25   and case No. CR-S-05-0394 charges the defendant with failure to

26   surrender for service of the sentence in CR-S-01-0114 WBS.

27   Accordingly, the assignment of the matters to the same judge is

28   likely to effect a substantial saving of judicial effort and is

1   also likely to be convenient for the parties.

2           The parties should be aware that relating the cases

3   under Local Rule 83-123 merely has the result that these actions

4   are assigned to the same judge; no consolidation of the actions

5   is effected.

6           IT IS THEREFORE ORDERED that the action denominated CR.

7   S-05-394 MCE be, and the same hereby is, reassigned to WILLIAM B.

8   SHUBB for all further proceedings.  Henceforth the captions on

9   all documents filed in the reassigned case shall be shown as CR.

10  S-05-394 WBS, and any dates currently set in the reassigned case

11  only are hereby VACATED, and the United States Attorney shall see

12  that the reassigned cases are placed on a regularly scheduled

13  criminal calendar of the undersigned judge for status conference.

14          IT IS FURTHER ORDERED that the Clerk of the Court make

15  appropriate adjustment in the assignment of criminal cases to

16  compensate for this reassignment.

17          IT IS SO ORDERED.

18  DATED: September 29, 2005.

19

20  _____
    WILLIAM B. SHUBB
21  UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28